IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CECIBEL ALEJANDRA CONTRERAS VARGAS, )
Petitioner, )
v. ) Case No. 26-3319-JWL
MISTY MACKEY, Warden,
Midwest Regional Reception Center,
MARKWAYNE MULLIN, Secretary, DHS; and
DAVID VENTURELLA, Acting Director, ICE,
Respondents.[1] )

**ORDER TO SHOW CAUSE**

Petitioner has filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241 in which her sole claim is that the Government has unlawfully failed to grant her a second bond hearing pursuant to 8 C.F.R. § 1003.19(e), which hearing she requested on August 13, 2026. By order of September 2, 2026, the Court concluded that petitioner had not shown a violation of federal law, as her request had only been pending for one week as of the date of her petition; and the Court ordered petitioner to show cause why her petition should not be denied for that reason.[2] Petitioner has now responded, noting that her request

[1] Because petitioner named only her warden as a respondent, the Court has added two federal officials as respondents pursuant to its Standing Order 26-04. Petitioner is directed to use this case caption in any future filings.

[2] The Court also denied petitioner's motions for an injunction and for appointment of counsel.

has still not been acted upon as of September 4, 2026. Based on that inaction, the Court concludes that a responsive pleading is now warranted.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **September 18, 2026**, why the writ should not be granted; and that petitioner is granted until **October 2, 2026**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 4th day of September, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge